# United States District Court
# For The Western District of North Carolina
# Statesville Division

JACINTO ELROY HENDERSON,

    Plaintiff(s),

vs.

SPECIAL AGENT NATHANIEL JONES,
ASST. DISTRICT ATTY. JASON PARKER,
AND HAZEL SHERRILL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV86-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 11, 2008, Order.

Signed: August 11, 2008

Frank G. Johns, Clerk
United States District Court